May 12, 1913, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action to recover upon a promissory note. The defense of defendant Snyder was that he was an accommodation indorser on a note given without consideration in renewal of a note already merged in a judgment; *i. e.*, a former adjudication of and money judgment for the indebtedness.

*Jacob Landy* and *Isaac N. Miller* for appellant.

*Lansing P. Reed* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, CUDDEBACK, HOGAN, MILLER and SEABURY, JJ.

---

CHARLES H. TURNER, Respondent, *v.* EDWIN R. BRYANT, Appellant, Impleaded with Another.

*Turner* v. *Bryant*, 152 App. Div. 601, affirmed.
(Argued May 11, 1915; decided May 25, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 28, 1913, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury. The judgment permitted a discontinuance, so far as the complaint was concerned, without costs, and dismissed the counterclaims, with costs to plaintiff. This action was brought to set aside an assignment of a judgment from Bryant to one Burke, and to have a judgment for $587.38 costs that had been theretofore entered in favor of Charles H. Turner and Mrs. Turner declared the sole property of Charles H. Turner, and as such a proper offset to the judgment of Bryant against Turner, and to have the "Saw Mill Site" sold under direction of the court and any balance that might remain due Turner by reason of a certain judgment entered on the 10th day of July, 1908, after

the sale of the property, be adjudged a proper offset to the judgment of Bryant against Turner as aforesaid. The defendant answered and counterclaimed, setting up damages for the use of the property for several years that Turner had been in possession and also for insurance money collected on account of loss by fire.

*John P. Kellas* for appellant.

*R. M. Moore* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, CUDDEBACK, HOGAN, MILLER and SEABURY, JJ.

———

KLINE BROS. & CO., Appellant, *v.* THE FACTORS FIRE INSURANCE COMPANY OF MEMPHIS, TENNESSEE, Respondent.

JULIUS MARQUSEE, Appellant, *v.* ROGER WILLIAMS FIRE AND MARINE INSURANCE COMPANY OF PROVIDENCE, R. I., Respondent.

KLINE BROS. & CO., Appellant, *v.* THE RIMOUSKI FIRE INSURANCE COMPANY, Respondent.

KLINE BROS. & CO., Appellant, *v.* THE COLONIAL ASSURANCE COMPANY, Respondent.

KLINE BROS. & CO., Appellant, *v.* YORK FIRE INSURANCE COMPANY OF TORONTO, Respondent.

*Kline Bros. & Co.* v. *Factors Fire Ins. Co.*, 156 App. Div. 945, affirmed.
*Marqusee* v. *Roger Williams F. & M. Ins. Co.*, 156 App. Div. 945, affirmed.
*Kline Bros. & Co.* v. *Rimouski F. Ins. Co.*, 156 App. Div. 945, affirmed.
*Kline Bros. & Co.* v. *Colonial Assur. Co.*, 156 App. Div. 945, affirmed.
*Kline Bros. & Co.* v. *York F. Ins. Co.*, 156 App. Div. 945, affirmed.
(Argued May 11, 1915; decided May 25, 1915.)

APPEAL, in each of the above-entitled actions, from a judgment of the Appellate Division of the Supreme Court